UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **PAUL WILSON** <br> LA. DOC. #187047 | **CIVIL ACTION 16-0182** <br> **SECTION P** |
| **VERSUS** | **JUDGE JAMES** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections [Doc. No. 11] to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's action is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**MONROE, LOUISIANA**, this 23rd day of May, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE